940

EDWARD WEINFELD, as Commissioner of Housing of the State of New York, Plaintiff, v. HILLSIDE HOUSING CORPORATION, Defendant.

O'MALLEY, J. The question presented is legally similar to that in *Weinfeld v. Knickerbocker Village, Inc.* (261 App. Div. 383), decided herewith.

For the reasons indicated in *Weinfeld* v. *Knickerbocker Village, Inc. (supra)*, judgment is directed for the defendant, but without costs.

Martin, P. J., Townley, Glennon and Untermyer, JJ., concur.

Judgment unanimously directed for defendant, without costs. Settle order on notice.

LOFT, INC., Respondent, v. MILES REALTY CO., INC. (a New York Corporation), and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

VICTOR STAPF, Appellant, v. MANUFACTURERS TRUST COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of SAMUEL A. LEWIN and SOLOMON M. SCHENBAUM, on Behalf of Themselves and All Others Similarly Situated, Petitioners, Appellants, for an Order against FIORELLO H. LAGUARDIA and Others, Composing and Constituting the Board of Estimate of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of S. BERNARD Ross, Petitioner, Appellant, for an Order Pursuant to Article 78 of the Civil Practice Act, against FIORELLO H. LAGUARDIA and Others, Composing and Constituting the Board of Estimate of the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements.. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Petition of JOHN J. O'GRADY, as Trustee under the Last Will and Testament of PATRICK J. O'KEEFFE, Deceased, for Instructions as to the Disposition of Moneys Coming into His Hands as Trustee. ANASTASIA O'KEEFFE and Others, Appellants; JOHN J. O'GRADY, as Trustee, ANNA BADER, and FRANCIS L. VALENTE, Special Guardian for Infants, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents John J. O'Grady, as trustee, and Francis L. Valente, special guardian for infants, payable out of the estate. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [172 Misc. 486.]

CLAUDE M. SPERLING, Respondent, v. LEO LICHTENSTEIN, Doing Business under the Firm Name and Style of HARLICH MANUFACTURING COMPANY, Appellant.— Order unanimously modified by permitting defendant to replead as to the item of $321.60, representing a claim for credits and samples, and as so modified, affirmed, without costs. No opinion. Present — Martin, P. J., Dore, Cohn and Callahan, JJ.